No. 93–9082. GAYDOS *v.* NATIONAL UNION FIRE INSURANCE CO. ET AL. C. A. 3d Cir.;

No. 93–9444.  IN RE GAYDOS;

No. 93–9577.  GAYDOS v. CHERTOFF, FORMER UNITED STATES ATTORNEY, ET AL.  C. A. 3d Cir.;

No. 93–9618.  IN RE GAYDOS;

No. 94–5018.  IN RE GAYDOS; and

No. 94–5070.  IN RE GAYDOS.  Motions of petitioner for leave to proceed *in forma pauperis* denied.  See this Court's Rule 39.8. Petitioner is allowed until November 1, 1994, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.